UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ALYSSA SANDERS,** *Plaintiff* | § § § | |
| v. | § § | No.  1:22-CV-00314-RP |
| **CITY OF AUSTIN, ERIC HEIM,** *Defendants* | § § § | |

# ORDER

Before the Court is Defendant City of Austin's Motion to Stay Further Proceedings, Dkt. 41. The District Court referred the motion to the undersigned for disposition. The undersigned set the motion for hearing, and after considering the arguments of counsel at that hearing, along with the parties' filings and applicable law, the Court finds, as announced on the record, that the City's requested stay is appropriate in this case. Plaintiff's response to the City's motion moves, in the alternative, for severance of the claims against the City from the claims against Defendant Eric Heim. For the reasons stated on the record, the Court denies Plaintiff's alternative motion for severance. Finally, the Court's decision to grant the stay as to the City moots Plaintiff's motion to compel, Dkt. 62, which the District Court referred to the undersigned.

Accordingly, the Court **GRANTS** Defendant City of Austin's Motion to Stay Further Proceedings, Dkt. 41, and **ORDERS** that all further proceedings in this case are **STAYED** until further order of this Court. The Court **DISMISSES AS MOOT**

1

2

Plaintiff's motion to compel, Dkt. 62, and **DENIES** Plaintiff's alternative motion for severance, Dkt. 51.

**IT IS FURTHER ORDERED** that this cause of action is removed from the docket of the undersigned and **RETURNED** to the docket of the Honorable Robert Pitman.

SIGNED May 12, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE