UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ALYSSA SANDERS,** *Plaintiff* | § § § |
| v. | §   No. 1:22-CV-00314-RP |
| **CITY OF AUSTIN, ERIC HEIM,** *Defendants* | § § § § |

# ORDER

Before the Court is Plaintiff Alyssa Sanders's Objections and Motion to Reconsider, In Part, Order on Motion to Stay and Motion to Compel, Dkt. 73. Though styled as both "Objections" and a "Motion to Reconsider," the undersigned treats the filing as a motion to reconsider the prior ruling granting a stay as to all further proceedings in the case. *See* Dkt. 72. The Court set the motion for hearing, and after considering counsel's arguments at that hearing, along with the parties' filings and applicable law, the Court will grant the motion in part and deny it in part, lifting the stay to permit discovery between the City and Plaintiff and leaving the stay in place in all other respects.

Accordingly, the Court **GRANTS IN PART and DENIES IN PART** Sanders's Motion to Reconsider, Dkt. 73. The Court **MODIFIES** the stay ordered at Dkt. 72 and **ORDERS** that Plaintiff and Defendant the City of Austin may pursue discovery in the case. The stay shall remain in effect in all other respects.

1

SIGNED November 30, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE