**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALYSSA SANDERS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE OF ACTION:** |
| **v.** | § | **1:22-cv-314** |
| | § | |
| **CITY OF AUSTIN and ERIC HEIM,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION TO DISMISS

The parties have resolved their claims through a settlement as memorialized in a release executed by Plaintiff. Accordingly, the parties respectfully ask that the Court to dismiss all claims as to all parties in this case with prejudice.

Respectfully submitted,

**EDWARDS LAW**
603 W. 17th Street
Austin, TX 78701
Tel.  512-623-7727
Fax.  512-623-7729

By: */s/ Jeff Edwards*
JEFF EDWARDS
State Bar No. 24014406
jeff@edwards-law.com
DAVID JAMES
State Bar No. 24092572
david@edwards-law.com
PAUL SAMUEL
State Bar No. 24124463
paul@edwards-law.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
State Bar No. 14994900
eric.nichols@butlersnow.com
Jordan Jarreau
State Bar No. 24110049
jordan.jarreau@butlersnow.com
Victoria A. Giese
State Bar No. 24126391
victoria.giese@butlersnow.com
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801

**ATTORNEYS FOR DEFENDANT CITY OF AUSTIN**


By: */s/ Blair Leake*
Blair J. Leake
bleake@w-g.com
State Bar No. 24081630
Stephen B. Barron
sbarron@w-g.com
State Bar No. 24109619
Wright & Greenhill, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas 78723

**ATTORNEYS FOR INDIVIDUAL DEFENDANT ERIC HEIM**


**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic case filing system on March 21, 2023.

/s/ *Jeff Edwards*
Jeff Edwards