IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALYSSA SANDERS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-314-RP |
| CITY OF AUSTIN and ERIC HEIM, | § § § | |
| Defendants. | § | |

**ORDER**

On March 31, 2025, the parties informed the Court they have resolved their claims in this case and asked the Court to dismiss all claims as to all parties with prejudice. (Dkt. 107). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 1, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE